## NORTON ROSE FULBRIGHT

Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
United States

**Kristina Williams**
**Senior Counsel**
Direct line +1 214 855 3916
kristina.williams@nortonrosefulbright.com
Tel +1 214 855 8000
Fax +1 214 855 8200
nortonrosefulbright.com

ACCEPTED
15-24-00087-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/13/2025 9:48 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/13/2025 9:48:00 AM
CHRISTOPHER A. PRINE
Clerk

January 13, 2025

Christopher A. Prine
Fifteenth Court of Appeals
William P. Clements Building
300 W. 15th Street, Suite 607
Austin, Texas 78701

Re:  *In re: Google LLC*, Nos. 15-24-00087, 15-24-00090
     The State's Response to Google's January 10, 2025 Notice

Dear Mr. Prine:

The State of Texas writes in response to Google's January 10, 2025 "Notice of Case Development" ("Notice").

On January 9, 2025, the Thirteenth Court of Appeals issued an opinion reversing the Trial Court's denial of Google's special appearance in Cause No. 22-01-88230-D, *State of Texas v. Google, LLC*, In the 377th District Court of Victoria County, Texas (the "Victoria case").[1] The State intends to petition the Supreme Court of Texas for review of the decision issued by the Thirteenth Court of Appeals. The mandate—effectuating the Court of Appeals' opinion—will not issue until the

---

[1] *Texas v. Google, LLC*, No. 13-23-00114-CV, slip op. at 18 (Tex. App.—Corpus Christi – Edinburg Jan. 9, 2025).

1

State has exhausted its appellate remedies, and thus the Victoria case and all related proceedings remain live, pending issuance of the mandate. *See In re Long*, 984 S.W.2d 623, 626 (Tex. 1999) (holding that a district court clerk "was not obligated to comply with the [appellate court's] injunction until the appeals were final and mandate issued"); *In re City of Cresson*, 245 S.W.3d 72, 74 (Tex. App.—Fort Worth 2008, no pet.) ("It is true that this court's judgment is not enforceable in the trial court until it is final and mandate issues."). At minimum, the mandate will not issue until ten days after the deadline for filing a motion for extension of time to file a petition for review (here, March 20, 2025). *See* Tex. R. App. P. 18.1, 53.7(f).

The Thirteenth Court of Appeals' January 9, 2025 Opinion is unrelated to the mandamus proceeding in Cause No. 15-24-00087, *In re: Google LLC*, or to the trial court proceeding in Cause No. CV58999, *State of Texas v. Google, LLC*, In the 385th District Court of Midland County, Texas.

As argued in the State's briefing and at oral argument, the Court should deny Relator's Petitions.

Respectfully submitted,

*Kristina Williams*

Kristina Williams
Attorney of Record for the State of Texas
cc: all counsel of record (via-email)

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Maria Diaz on behalf of Kristina Williams
Bar No. 24078303
maria.diaz@nortonrosefulbright.com
Envelope ID: 96126216
Filing Code Description: Letter
Filing Description: State of Texas Response Letter re Jurisdictional Appeal Opinion
Status as of 1/13/2025 11:00 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Melissa Patterson | | mpatterson@scottdoug.com | 1/13/2025 9:48:00 AM | SENT |
| Angela Goldberg | | agoldberg@scottdoug.com | 1/13/2025 9:48:00 AM | SENT |
| Anna Brandl | 24042271 | anna.brandl@kellyhart.com | 1/13/2025 9:48:00 AM | SENT |
| John Ellis | 24078473 | jellis@scottdoug.com | 1/13/2025 9:48:00 AM | SENT |
| David Lauritzen | 796934 | dlauritzen@cbtd.com | 1/13/2025 9:48:00 AM | SENT |
| Robyn Hargrove | 24031859 | rhargrove@scottdoug.com | 1/13/2025 9:48:00 AM | SENT |
| Stephen McConnico | 13450300 | smcconnico@scottdoug.com | 1/13/2025 9:48:00 AM | SENT |
| Joseph Graham | 24044814 | joseph.graham@nortonrosefulbright.com | 1/13/2025 9:48:00 AM | SENT |
| Bryan Lauer | 24068274 | blauer@scottdoug.com | 1/13/2025 9:48:00 AM | SENT |
| Steven Wingard | 788694 | swingard@scottdoug.com | 1/13/2025 9:48:00 AM | SENT |
| Marc Collier | 792418 | marc.collier@nortonrosefulbright.com | 1/13/2025 9:48:00 AM | SENT |
| Geraldine Young | 24084134 | geraldine.young@nortonrosefulbright.com | 1/13/2025 9:48:00 AM | SENT |
| Jeffrey Wolff | 21865900 | jeffrey.wolff@nortonrosefulbright.com | 1/13/2025 9:48:00 AM | SENT |
| Julie Ann Searle | 24037162 | julie.searle@nortonrosefulbright.com | 1/13/2025 9:48:00 AM | SENT |
| Angie Espinoza | | aespinoza@scottdoug.com | 1/13/2025 9:48:00 AM | SENT |
| Maria Williamson | | maria.williamson@oag.texas.gov | 1/13/2025 9:48:00 AM | SENT |
| Deborah Williams | | deborah.williams@oag.texas.gov | 1/13/2025 9:48:00 AM | SENT |
| Christopher Cooke | 24129241 | christopher.cooke@nortonrosefulbright.com | 1/13/2025 9:48:00 AM | SENT |
| Jordan Kadjar | | jkadjar@scottdoug.com | 1/13/2025 9:48:00 AM | SENT |
| Toni Shah | | toni.shah@oag.texas.gov | 1/13/2025 9:48:00 AM | SENT |
| Shelby Hart-Armstrong | | sharmstrong@scottdoug.com | 1/13/2025 9:48:00 AM | SENT |
| Sarah Judge | | sjudge@cbtd.com | 1/13/2025 9:48:00 AM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Maria Diaz on behalf of Kristina Williams
Bar No. 24078303
maria.diaz@nortonrosefulbright.com
Envelope ID: 96126216
Filing Code Description: Letter
Filing Description: State of Texas Response Letter re Jurisdictional Appeal Opinion
Status as of 1/13/2025 11:00 AM CST

Case Contacts

| Sarah Judge | | sjudge@cbtd.com | 1/13/2025 9:48:00 AM | SENT |
|---|---|---|---|---|
| Elizabeth Black | | eblack@cbtd.com | 1/13/2025 9:48:00 AM | SENT |
| Michelle Joyner | | mjoyner@scottdoug.com | 1/13/2025 9:48:00 AM | SENT |
| Brenda Cordero | | bcordero@cbtd.com | 1/13/2025 9:48:00 AM | SENT |
| Patricia Smith | | psmith@cbtd.com | 1/13/2025 9:48:00 AM | SENT |
| Bradley Bains | | bbains@cbtd.com | 1/13/2025 9:48:00 AM | SENT |
| Maria Diaz | | maria.diaz@nortonrosefulbright.com | 1/13/2025 9:48:00 AM | SENT |

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| William FCole | | William.Cole@oag.texas.gov | 1/13/2025 9:48:00 AM | SENT |
| Kristina Williams | 24078303 | kristina.williams@nortonrosefulbright.com | 1/13/2025 9:48:00 AM | SENT |
| Lanora Pettit | | lanora.pettit@oag.texas.gov | 1/13/2025 9:48:00 AM | SENT |